UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| KAREN D. BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:12-CV-1620-RCJ-VCF |
| v. | ) | |
| | ) | |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on October 25, 2012, in which the Magistrate Judge recommends that the Court enter an order dismissing Plaintiff's complaint without prejudice. The Magistrate Judge also recommends that Plaintiff Banks, if she chooses to do so, be permitted to file an amended complaint within sixty (60) days from the date the clerk mails the Plaintiff the court's order dismissing the complaint, or the case may be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

///

///

1    IT IS FURTHER ORDERED that Plaintiff is permitted to file an amended complaint within
2 sixty (60) days from the date the clerk of the court mails a copy of this order.
3    IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint within sixty
4 (60) days, this case will be dismissed with prejudice.
5    IT IS SO ORDERED this 27TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE